1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P.P.I.C. U.S.A., Inc., | ) | 1:10-CV-106  AWI GSA |
| Plaintiff, | ) | ORDER STRIKING COMPLAINT AND |
| v. | ) | REQUIRING RE-PLEADING |
| CITY POLICE DEPARTMENT, | ) | |
| Defendant. | ) | |
| | ) | |

      Plaintiff filed a complaint in this Court on January 21, 2010. On the same day, Plaintiff sought to proceed *in forma pauperis*. An order to submit an application or pay a filing fee was issued shortly thereafter. The order gives Plaintiff 45 days in which to respond. The order was returned as undeliverable. The Complaint is 119 pages, handwritten, and is quite simply incomprehensible. It is unknown what Plaintiff is alleging or against whom the allegations are made. Under such circumstances, the Court has the inherent power to *sua sponte* strike the complaint and order re-pleading. See Byrne v. Nezhat, 261 F.3d 1075, 1133 & n.113 (11th Cir. 2001); see also Wagner v. First Horizon Pharm. Corp., 464 F.3d 1273, 1280 (9th Cir. 2006).

1    Accordingly, IT IS HEREBY ORDERED that the complaint in this matter is STRICKEN
2 and Plaintiff may re-file a new complaint that plainly and clearly identifies the defendants and the
3 claims against the Defendants as contemplated by Federal Rule of Civil Procedure 8 within
4 twenty (20) days of this order.  If Plaintiff does not timely re-plead, the Court will close this case.

6 IT IS SO ORDERED.

7 **Dated:      February 19, 2010**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE