# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.P.I.C. U.S.A., Inc., ) | 1:10-CV-106 AWI GSA |
| Plaintiff, ) | ORDER CLOSING CASE |
| v. ) | |
| CITY POLICE DEPARTMENT, ) | |
| Defendant. ) | |

On February 22, 2010, this Court *sua sponte* struck the complaint because the complaint was incomprehensible. The Court gave Plaintiff twenty days in which to amend. The Court stated that if Plaintiff did not amend, then the Court would close this case. See Court's Docket Doc. No. 4. Plaintiff has not filed an amended complaint. No defendant was served with the complaint. Two mailings from the Court have been returned as undeliverable. There is no viable complaint or viable claims left. This case cannot proceed. Under these circumstances, it is appropriate to close this case.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case.

IT IS SO ORDERED.

**Dated:   March 16, 2010**          **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE